UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ROBERT FENTON, | No. C 12-01849 LB |
| Plaintiff, | **ORDER REGARDING DEPOSITIONS AND RESCHEDULING CMC** |
| v. | |
| BENCHMARK ELECTRONICS, INC., | [Re: ECF No. 26] |
| Defendant. | |

The court held a hearing on November 21, 2012 regarding the parties' dispute about the depositions of Kelley Hunt and Roy Gilbert. The parties agreed, and the court orders, the following:

Plaintiff may depose Ms. Hunt and Mr. Gilbert for up to one hour each. Plaintiff's counsel has agreed that the depositions may be in Concord. Defendant's counsel will facilitate their presence (even though they are not management employees) and will communicate that this compromise avoids travel to Hollister (and the resulting loss of a day).

Given the parties' scheduled mediation before Judge Garcia in mid-December, the court vacates the CMC currently scheduled for December 13, 2012 and resets it for January 24, 2013 at 10:30 a.m. An updated CMC statement is due on January 17, 2013 (and need contain only new information).

This disposes of ECF No. 26.

**IT IS SO ORDERED.**

Dated: November 21, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 12-01849 LB
ORDER