1  MATTHEW D. MARCA, Bar No. 180686
   mmarca@littler.com
2  ANDREW M. SPURCHISE, Bar No. 245998
   aspurchise@littler.com
3  LITTLER MENDELSON, P.C.
   650 California Street
4  20th Floor
   San Francisco, California  94108.2693
5  Telephone:   415.433.1940
   Facsimile:   415.399.8490
6
7  Attorneys for Defendant
   BENCHMARK ELECTRONICS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT FENTON,<br><br>         Plaintiff,<br><br>    v.<br><br>BENCHMARK ELECTRONICS, INC.;<br>AND DOES 1 THROUGH 10,<br>INCLUSIVE,<br><br>         Defendants. | Case No. 3:12-cv-01849-LB<br><br>**DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY VIA COURT CONFERENCE** : ORDER |

Defendant Benchmark Electronics, Inc.'s counsel, Andrew M. Spurchise, respectfully submits a request to appear telephonically at the **January 30, 2013** Further Case Management Conference hearing, at **10:30 a.m.** before Magistrate Judge Laurel Beeler.

Dated: January 29, 2013

Date: 1/29/2013

APPROVED
Judge Laurel Beeler

/s/ Andrew M. Spurchise
ANDREW M. SPURCHISE
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendant
BENCHMARK ELECTRONICS, INC.

Firmwide:117880216.1 035268.1051

DEFENDANT'S REQUEST TO APPEAR
TELEPHONICALLY

Case No. 3:12-cv-01849-LB

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940